UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHEA BENNETT,

    Plaintiff,

        v.

CLOUD NINE SHOW BAR, INC. D/B/A
CLOUD NINE SHOW BAR AND
DIAMOND GIRLS OF FLINT AND THE
DIAMOND GIRLS SHOWBAR,

    Defendant.

_____/

Case No. 19-11224

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On April 29, 2019, Plaintiff Chea Bennett filed this suit against Defendant Cloud Nine Show Bar, Inc. alleging claims under the Fair Labor Standards Act and the Michigan Minimum Wage Law. (ECF No. 1). On November 6, 2019, the Court issued a Show Cause Order [9] directing Plaintiff to explain why this case should not be dismissed for failure to prosecute. Pursuant to Eastern District of Michigan Local Rule 41.2, "when it appears . . . that the parties have taken no action for a reasonable time, the Court may, on its own motion after reasonable notice . . . enter an order dismissing or remanding the case unless good cause is shown." E.D. MICH.

1

LR 41.2. Plaintiff failed to respond to the Court's Order to Show Cause [9] by the November 20, 2019 deadline and has therefore failed to show good cause.

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED without prejudice**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnwo |
|  | Arthur J. Tarnow |
| Dated: June 5, 2020 | Senior United States District Judge |